IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DA'VHON YOUNG,**

    **Plaintiff,**

v.                                          Case No. 4:24-cv-103-AW-MAF

**STATE OF FLORIDA,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Pro se Plaintiff Young filed this action without paying the filing fee or submitting an IFP motion. The magistrate judge recommends dismissal on that basis (and others). ECF No. 3. Young has not objected to the report and recommendation. I agree that dismissal is appropriate based on the failure to pay the filing fee or seek leave to proceed IFP. I adopt the report and recommendation to the extent it concludes this.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee or seek leave to proceed IFP." The clerk will then close the file.

SO ORDERED on April 12, 2024.

                                                      s/ *Allen Winsor*
                                                      United States District Judge